# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
DynCorp International LLC )     ASBCA No. 59949
)
Under Contract No. FA8617-12-C-6208 )

APPEARANCES FOR THE APPELLANT:     Gregory S. Jacobs, Esq.
                                   Erin L. Felix, Esq.
                                     Polsinelli PC
                                     Washington, DC

                                   Joseph D. West, Esq.
                                   Lindsay M. Paulin, Esq.
                                     Gibson Dunn & Crutcher LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                   Air Force Deputy Chief Trial Attorney
                                   Jason R. Smith, Esq.
                                   Kyle E. Gilbertson, Esq.
                                     Trial Attorneys

## ORDER OF DISMISSAL

The appeal has been settled. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 24 February 2017

_____
TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59949, Appeal of DynCorp International LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals